Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241


FILED

MAY 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY: _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL RAMOS,<br><br>Defendant. | DOCKET NO. 6:16-mj-00011-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Susan St. Vincent, Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the legal officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for seven years.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Miguel Angel RAMOS has failed to provide proof that he obtained a driver's license and has failed to pay a $10 assessment as ordered by this court.

As the legal officer, I am aware that RAMOS was charged with driving a motor vehicle with a suspended license behind a DUI conviction, and with knowledge of that

1

conviction in violation of Title 36 Code of Federal Regulations § 4.2(b), incorporating California Vehicle Code § 14601.2(a). On June 29, 2016, RAMOS plead guilty to the charge of driving a motor vehicle with a suspended license behind a DUI conviction, and with knowledge of that conviction. RAMOS was sentenced to 12 months of unsupervised probation with the conditions that he obtain a driver's license within the first 10 months of probation; pay a $10 assessment; obey all laws; and report all new violations of the law to the Court.

The government alleges RAMOS has violated the following condition(s) of his unsupervised probation:

CHARGE ONE: FAILURE TO OBTAIN A DRIVER'S LICENSE

RAMOS was ordered to obtain a driver's license within the first 10 months of his probation. As of the date of this affidavit, RAMOS has not submitted to the Court any proof that he has obtained a driver's license.

CHARGE TWO: FAILURE TO PAY $10 ASSESSMENT

RAMOS was ordered to pay a $10 assessment. As of the date of this affidavit, RAMOS has not paid the $10 assessment.

___5/23/17___
Date

___[signature]___
Susan St. Vincent
Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

___5/23/17___
Date

___[signature]___
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2