1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   MIGUEL RAMOS
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,  | Case No. 6:16-mj-00011-JDP

12 |         Plaintiff,          | **MOTION TO VACATE MAY 15, 2018 REVIEW HEARING; ORDER**

13 | vs.

14 | MIGUEL RAMOS,

15 |         Defendant.

16

17   Defendant Miguel Ramos hereby requests that the Court vacate the May 15, 2018 review

18 hearing.  The Government is in agreement with the request.

19   On June 29, 2016, the Court sentenced Mr. Ramos to 12 months of unsupervised

20 probation, with the conditions that he obey all laws and advise the Court and Government within

21 seven days of being cited or arrested for any alleged violation of law.  The Court also ordered

22 Mr. Ramos to pay a fine of $10.00 special assessment fee and obtain his driver's license within

23 the first 10 months of probation.

24   On May 22, 2017, the government filed an Affidavit of Alleged Probation Violations,

25 accusing Mr. Ramos of failing to obtain his driver's license and failing to pay the $10 special

26 assessment.

27   On May 23, 2017, Mr. Ramos admitted the violations, and the Court ordered him to pay

28 the $10 assessment fee and complete 80 hours of community service.  The requirement that Mr.

Ramos obtain his license was removed.

Mr. Ramos has had no new violations of law, has paid the $10.00 assessment fee, and has completed 80 hours of community service. Accordingly, Mr. Ramos respectfully requested that this Court vacate the May 15, 2018 review hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2018

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MIGUEL RAMOS

## **O R D E R**

Based on the parties' joint representation that Mr. Ramos is in compliance with the conditions of his probation, the Court vacates the May 15, 2018 review hearing.

IT IS SO ORDERED.

Dated:   May 11, 2018              /s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE